# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NASEEM SALEM (24),<br>    aka "Nick",<br><br>    Defendant. | Case No. 15CR2932-H<br><br>Booking No. 51727-298<br><br>JUDGMENT AND ORDER<br>OF DISMISSAL |

Based upon the motion of the United States, the Court grants the motion to dismiss with prejudice the Indictment in the above entitled case against defendant Naseem Salem (Doc. No. 761.) The Defendant is hereby discharged as to this case only and the bond is hereby exonerated.[1]

IT IS SO ORDERED AND ADJUDGED.

DATED: October 25, 2017

                                  HONORABLE MARILYN L. HUFF
                                  UNITED STATES DISTRICT JUDGE

---

[1] If the bond was secured by a cash deposit and/or property, counsel must prepare an order to disburse funds and/or release collateral and submit the proposed order, pursuant to General Order 635 (S.D. Cal. February 6, 2014), to the Magistrate Judge who set the bail conditions.

-1-